# PENNSYLVANIA STATE POLICE INCIDENT REPORT

**SP 7-0050 (4-2007)**

UCR

| Field | Value |
|---|---|
| REPORT TYPE | ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL |
| DATE(S)/DAY(S) OF INCIDENT | 01/11-01/13/18 |
| TIME(S) OF INCIDENT | 0800-1200 hours |
| INCIDENT NO. | PA2018-96771 |
| JUVENILE | ☐ |
| DOMESTIC VIOLENCE | ☐ |

**ATTACHMENTS:**
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☒ PROPERTY RECORD
- ☐ OTHER
- ☐ MISSING PERSON CHECKLIST
- ☒ STATEMENT FORM(S)
- ☐ RIGHTS WARNING AND WAIVER

**DISP.:** ☐ CLEARED BY ARREST   ☒ UNFOUNDED
☐ EXCEPTIONALLY CLEARED - DATE:
- A. ☐ DEATH OF ACTOR
- B. ☐ PROSECUTION DECLINED
- C. ☐ EXTRADITION DENIED
- D. ☐ VICTIM REFUSED TO COOPERATE
- E. ☐ JUVENILE/NO CUSTODY
- N. ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. LOCATION | ZONE |
|---|---|---|
| PAPSP6500 / PHILADELPHIA | Several locations on Interstate 95 | 99 |
| 3. CITY/TWP/BORO: PHILADELPHIA | CODE: 301 | 4. COUNTY: PHILADELPHIA | CODE: 67 |

| 5. VICTIM NO. | NAME | ADDRESS | HOME TELEPHONE NO. |
|---|---|---|---|
| 1 | Society | | |
| 6. EMPLOYER NAME | | ADDRESS | WORK TELEPHONE NO. |

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | R | ST | | | 01 | S | 01 |

**18. OFFENSE**
- SIMPLE ASSAULT
- BURGLARY
- ESCAPE
- CRIMINAL MISCHIEF
- MISSING PERSON
- AGGRAVATED ASSAULT
- TERRORISTIC THREATS
- HARASSMENT
- ARSON BY RELATED OFF.
- THEFT BY UNLAWFUL TAKING OR DISPOSITION
- CONTROLLED SUB., DRUG, DEVICE & COSMETIC ACT

**01 OTHER** Impersonating a Public Servant

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC. | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 4912 | 110 | | 88 | N | 13 | | | A |

| 29. VEHICLE: | ☐ STOLEN | ☐ RECOVERED | ☒ SUSPECT | ☐ OTHER | | |
|---|---|---|---|---|---|---|
| 30. LIC: KKP0983 | 31. LIS: PA | 32. LIY: 2018 | 33. LIT: PC | 34. VIN: 2FAHP71V69X135960 | 35. VYR: 2009 | 36. VMA: Ford |
| 37. VMO: Crown Vic | 38. VST: SD | 39. VCO: Multicolor | 40. DOT | 41. MIS | | |

PURGE DATE / PROPERTY IN CUSTODY 02/23

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| | Refer to Property record # K01-13631 | | | | | |

**50.**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☒ | ☐ | IDENTIFIABLE/TRACEABLE PROPERTY | ☐ | ☒ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☐ | ☒ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | | |

| 51. DATE/TIME OFFICER ARRIVED | 52. DATE/TIME OFFICER DEPARTED | 53. DATE OF REPORT | 54. PART ONE ONLY | 55. LCE NOTIFIED | SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 02/01/18 / 1115 | 02/01/18 / 1315 | 02/13/18 | ☐ | ☐ YES | #10389 |
| 57. OFFICER'S NAME/SIGNATURE: Tpr. Andi I. AVDULLA | | BADGE NO. 10651 | 58. INVES. RECM. ☐ CONT. ☒ TERM. | 59. ☒ CONCUR ☐ NONCONCUR | 60. PAGE 01 |

STATION

| SP 7-0050 A (8-2008)<br>PENNSYLVANIA STATE POLICE<br>INCIDENT REPORT – PART II | REPORT TYPE<br>☒ INITIAL ☐ CONTINUATION<br>☐ SUPPLEMENTAL | DATE(S)/DAY(S) OF INCIDENT<br>01/11-01/13/18 | INCIDENT NO.<br>PA2018-96771 |
|---|---|---|---|
| | | TIME(S) OF INCIDENT<br>0800-1200 hours | JUVENILE ☐ / DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST  ☒ UNFOUNDED |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | ☐ EXCEPTIONALLY CLEARED- DATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | A ☐ DEATH OF ACTOR  D ☐ VICTIM REFUSED TO COOPERATE |
| | | B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | | C ☐ EXTRADITION DENIED  N ☒ NOT APPLICABLE  ☐ MULTIPLE CLEAR-UP |

| 61. ORI/STATION<br>PAPSP6500 / PHILADELPHIA | 62. DATE OF REPORT<br>05 | 63. OFFENSE<br>Impersonating a Public Servant |
|---|---|---|

| 64. ☐ ACCUSED<br>☒ SUSPECT | 65. OFFENDER NO. 1 | NAME<br>Steven Ahamd WIGGS | 66. ADDRESS<br>129 W. Susquehanna St, Allentown, PA 18103 |
|---|---|---|---|

| 67. HOME TELEPHONE NO.<br>201-456-0706 | 68. NICKNAMES/ALIAS | 69. HEIGHT<br>511 | 70. WEIGHT<br>210 | 71. HAIR<br>BLK | 72. EYES<br>BRO | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|

| 74. RACE/ETHY.<br>B / N | 75. SEX<br>M | 76. DOB<br>09/08/82 | 77. AGE<br>35 | 78. RES. STAT.<br>N | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED<br>☐ YES ☒ NO | 85. PHOTOGRAPHED<br>☐ YES ☒ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL.<br>01 | 88. SSN<br>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 | 89. OLN<br>30689985 | STATE<br>PA |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE<br>New Jersey | 91. EMPLOYER/SCHOOL<br>Leigh County PA Constable | 92. MISC. NO.<br>SID/ NJ941609C |
|---|---|---|

| 64. ☐ ACCUSED<br>☐ SUSPECT | 65. OFFENDER NO. | NAME | 66. ADDRESS |
|---|---|---|---|

| 67. HOME TELEPHONE NO. | 68. NICKNAMES/ALIAS | 89. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|

| 74. RACE/ETHY. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED<br>☐ YES ☐ NO | 85. PHOTOGRAPHED<br>☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL. | 88. SSN | 89. OLN | STATE |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO.<br>SID/ |
|---|---|---|

## DOMESTIC VIOLENCE/PFA CHECKLIST

93. PREVIOUS EVENTS ☐ YES ☐ NO (EXPLAIN IN NARRATIVE)

| 94. COMPLAINANT NAME (LAST, FIRST, MIDDLE) | VICTIM IS COMPLAINANT ☐ | R/S/A |
|---|---|---|

| 95. ADDRESS | | TELEPHONE NO. |
|---|---|---|

| 96. CONTACT PERSON NAME (LAST, FIRST, MIDDLE) | VICTIM'S TEMPORARY ADDRESS ☐ | R/S/A |
|---|---|---|

| 97. ADDRESS | TELEPHONE NO. |
|---|---|

98. VICTIM'S INJURIES (OBSERVED)

99. VICTIM'S INJURIES (REPORTED)

| 100. INJURIES PHOTOGRAPHED<br>☐ YES ☐ NO | 101. VICTIM INTERVIEWED<br>☐ YES ☐ NO | 102. STATEMENT<br>☐ SIGNED WRITTEN ☐ TAPED | 103. VICTIM IS ALSO AN ACTOR (EXPLAIN IN NARRATIVE)<br>☐ YES ☐ NO ☐ ARRESTED |
|---|---|---|---|

| 104. ARRAIGNED  DATE/TIME<br>☐ YES ☐ NO | 105. VICTIM INFORMED OF ARREST/BAIL  DATE/TIME<br>☐ YES ☐ NO | 106. WEAPONS USED/THREATENED (INCLUDE DETAILS IN NARRATIVE)<br>☐ YES ☐ NO |
|---|---|---|

107. LIST ALL CHILDREN'S NAME, R/S/A/, ADDRESS, TELEPHONE NUMBER AND TEMPORARY ADDRESS (LIST ADDITIONAL CHILDREN IN NARRATIVE)

108. ACTOR'S INJURIES (OBSERVED)

109. ACTOR'S INJURIES (REPORTED)

| 110. INJURIES PHOTOGRAPHED<br>☐ YES ☐ NO | 111. ACTOR INTERVIEWED<br>☐ YES ☐ NO | 112. STATEMENT<br>☐ SIGNED WRITTEN ☐ TAPED | 113. ACTOR IS ALSO A VICTIM (EXPLAIN IN NARRATIVE)<br>☐ YES ☐ NO |
|---|---|---|---|

| 114. ARRAIGNED  DATE/TIME<br>☐ YES ☐ NO | 115. VICTIM INFORMED OF ARREST/BAIL  DATE/TIME<br>☐ YES ☐ NO | 116. WEAPONS USED/THREATENED (INCLUDE DETAILS IN NARRATIVE)<br>☐ YES ☐ NO |
|---|---|---|

| 117. OFFICER'S NAME/SIGNATURE<br>Tpr. Andi I. AVDULLA | BADGE NO.<br>10651 | 118. INVES. RECM.<br>☐ CONT. ☒ TERM | 119. SUPV. INIT./BADGE NO.<br>#10384 | 120. ☒ CONCUR<br>☐ NONCONCUR | 121. PAGE<br>02 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | REPORT TYPE ☒ INCIDENT ☐ OTHER | DATE(S)/DAY(S) OF INCIDENT 01/11-01/13/18 | INCIDENT NO. PA2018-96771 | |
|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | | TIME(S) OF INCIDENT 0800-1200 hours | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

ATTACHMENTS: ☐ MISSING PERSON CHECKLIST ☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER ☐ PROPERTY RECORD ☐ OTHER

DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE
A ☐ DEATH OF ACTOR  D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED  N ☐ NOT APPLICABLE  ☐ MULTIPLE CLEAR-UP

1. ORI/STATION: PAPSP6500 / PHILADELPHIA
2. DATE OF REPORT: 02/13/18
3. OFFENSE: Impersonating a Public Servant
4. VICTIM: Society

5. NARRATIVE

**Location:** This incident occurred on several locations of Interstate 95 within the City of Philadelphia Jurisdiction.

**Synopsis:**

On 01/29/18, I was assigned this investigation by Cpl. YINGLING, VFI Unit supervisor. This investigation was initiated as a result of several members of Troop K-Philadelphia have come into contact during their routine patrol of highways of the City of Philadelphia with a licensed PA State constable in a marked vehicle. The constable has been identified as Steven Ahmad WIGGS, B/N-M, DOB: 09/08/82, 129 W. Susa St, Allentown, PA 18102. WIGGS is making contact with disabled vehicles within State Police jurisdiction while armed and has been seen operating emergency lights after pulling up behind the disabled motorists. During his interaction with the members of PSP-Philadelphia, WIGGS has provided case law documentation that he is a "peace officer" in the Commonwealth and has a duty to protect and serve the public. It has been verified that WIGGS is a licensed to carry a firearm and he is operating a fully marked unit labeled as a PA State Constable. The marked unit operated by WIGGS displayed PA registration KKP0983. A search of PennDOT records for PA registration KKP0983 comes back to a 2009 Ford, VIN: 2FAHP71V69X135960. This vehicle is registered to Steven Ahmad WIGGS.

On 02/01/18 at approx. 0817 hours I contacted City of Allentown Solicitor's Office at 610-437-7503. It was confirmed to me that WIGGS is licensed Solicitor for the city of Allentown. I requested them to provide me with his phone number.

On 02/01/18 at approximately 0945 hours, I contacted WIGGS via telephone number 201-456-0706. The phone was answered by a male who identified himself as Steven WIGGS. I identified myself to WIGGS and explained the reason of the phone call. I advised WIGGS that I needed to speak with him regarding this investigation. A formal interview was scheduled for 02/02/18. On 02/01/18 at approx. 1005 hours, I received a call from WIGGS who explained to me that he can come for the interview today, on 02/01/18 at approx. 1230 hours.

**Interview of WIGGS:**
On 02/01/18 at approx. 1115 hours, Steven WIGGS arrived at PSP-Philadelphia Station located at 2201 Belmont Ave, Philadelphia. WIGGS was positively identified via a valid Driver's License as Steven AhWIGGS, DOB: 09/08/82. WIGGS arrived at the PSP-Philadelphia operating a blue Hyundai, VIN: KMHDC86E59U032454 bearing PA registration JNH0886. WIGGS was wearing a black tactical uniform with a bullet proof vest with the words "PA State Constable Police" written across his chest.

6. OFFICER'S NAME/SIGNATURE: Tpr. Andi I. AVDULLA
BADGE NO. 10651
7. INVEST. REC'D ☐ CONT. ☒
9. ☒ CONCUR ☐ NONCONCUR
10. PAGE 03
STATION

| | | | | |
|---|---|---|---|---|
| SP 7-0051 (3-96) | REPORT TYPE<br>☒ INCIDENT<br>☐ OTHER | DATE(S)/DAY(S) OF INCIDENT<br>01/11-01/13/18 | | INCIDENT NO.<br>PA2018-96771 |
| PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☒<br>SUPPLEMENTAL INVESTIGATION REPORT ☐ | | TIME(S) OF INCIDENT<br>0800-1200 hours | JUVENILE<br>☐ | DOMESTIC VIOLENCE<br>☐ |

ATTACHMENTS:  ☐ MISSING PERSON CHECKLIST
☐ FELONY CRIMES AGAINST THE PERSON  ☐ STATEMENT FORM(S)
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER
☐ PROPERTY RECORD  ☐ OTHER

DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE
A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED      N ☐ NOT APPLICABLE  ☐ MULTIPLE CLEAR-UP

2. DATE OF REPORT: 02/13/18

1. ORI/STATION: **PAPSP6500 / PHILADELPHIA**

3. OFFENSE: Impersonating a Public Servant

4. VICTIM: Society

5. NARRATIVE

Prior to the interview WIGGS was advised that he was not under arrest and was free to leave at any time. WIGGS was interviewed by this investigator and Trooper Marc ALICEA in the interview room # 1. WIGGS was asked about his current occupation and he stated that he is an elected Pennsylvania State Constable. I asked WIGGS if he is willing to provide me a Noncustodial Written Statement and he agreed to do so. WIGGS was read the form in its entirely, refer to the form for more details.

WIGGS was asked the following questions:

Q: Who do you work for?
A: 16 Ward Southside PA Constable Office.

Q: How long have you been a Constable?
A: January 4th, 2016.

Q: What type of work do you do?
A: Peace Keeping.

Q: What does Peace Keeping mean?
A: Police Officer.

Q: Do You recall the day of the incident when you stopped behind the disabled vehicles?
A: No, I Don't.

Q: Do you activate your emergency light when you get behind these vehicles?
A: Yes

Q: What type of lights do you have on your vehicle?
A: Blue & Yellow.

Q: When did you install the emergency light on the car?
A: It came with the car.

Q: Is there an audible siren on the car?
A: Car has a siren.

Q: What type of siren is on the car?
A: Police Siren.

6. OFFICER'S NAME/SIGNATURE: Tpr. Andi I. AVDULLA
BADGE NO: 10651
7. INVEST. RECM. ☐ CONT. ☒ TERM
8. ☒ CONCUR  ☐ NONCONCUR
10. PAGE: 04
STATION

| SP 7-0051 (3-96) | REPORT TYPE<br>☒ INCIDENT<br>☐ OTHER | DATE(S)/DAY(S) OF INCIDENT<br>01/11-01/13/18 | | INCIDENT NO.<br>PA2018-96771 |
|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☒<br>SUPPLEMENTAL INVESTIGATION REPORT ☐ | | TIME(S) OF INCIDENT<br>0800-1200 hours | JUVENILE<br>☐ | DOMESTIC VIOLENCE<br>☐ |
| ATTACHMENTS: ☐ MISSING PERSON CHECKLIST | | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE | | |
| ☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE | |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY | |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE | ☐ MULTIPLE CLEAR-UP |
| 1. ORI/STATION | PAPSP6500 / PHILADELPHIA | | | 2. DATE OF REPORT<br>02/13/18 |
| 3. OFFENSE | Impersonating a Public Servant | | 4. VICTIM<br>Society | |

5. NARRATIVE

Q: How did you come in possession of the car?
A: It is paid through me.

Q: Do you conduct traffic stops?
A: No.

Q: Do you make arrests?
A: If there is a warrant I make an arrest.

Q: Where do you work?
A: I work for tactical response team through constable office.

Q: What's the reason for having lights and siren?
A: If the fellow constables are in trouble I respond to that.

Q: Do you have anything to add?
A: My office does not turn a blind eye when fellow lawmen is in danger.

Q: Do you identify yourself as policer officer?
A: I identify myself as a Constable, which is a police officer according to title 3 p.s. 459-102.

At this time, I explained to WIGGS the difference between a police officer and a constable. I explained to him that a constable cannot perform traffic stops. They are limited to power of arrest. They are not given the power of arrest as a police officer. A constable can arrest someone based on a warrant issued by a Judge in Pennsylvania. WIGGS related to me that he does not arrest anyone if he does not have a warrant issued by a Judge. I asked WIGGS if he ever identified himself as a police officer during any interaction with anyone and he said no. In addition, I explained to WIGGS that constables are not permitted to have red/blue emergency lighting unless they are with a fire police organization. I asked him if he is part of a fire police and he said no. I explained to WIGGS that he is not permitted to use the emergency lights for any conjunction with their constable duties. WIGGS explained that he was not aware that having emergency lights were a violation due to him being a constable. WIGGS was instructed to remove any emergency lights from his vehicle. WIGGS signed the noncustodial written statement, subsequently the written statement was entered into evidence under property record # K01-13631 on 02/01/18 at 1345 hours. At the conclusion of the interview WIGGS left the interview at his own accord.

| 6. OFFICER'S NAME/SIGNATURE<br>Tpr. Andi J. AVDULLA | BADGE NO.<br>10651 | 7. INVEST. RECM.<br>☐ CONT. ☒ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR<br>☐ NONCONCUR | 10. PAGE<br>05 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
| --- | --- | --- | --- |
| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 01/11-01/13/18 | PA2018-96771 |
| CONTINUATION SHEET ☒ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐ DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | 0800-1200 hours | |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
| --- | --- | --- |
| ☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
| --- | --- |
| PAPSP6500 / PHILADELPHIA | 02/13/18 |

| 3. OFFENSE | 4. VICTIM |
| --- | --- |
| Impersonating a Public Servant | Society |

**5. NARRATIVE**

On 02/13/18 at approximately 0840 hours, I contacted via telephone number 215-253-9393 the employer of WIGGS, Tactical Response Security Consulting and spoke with Louise TORRES, the owner of the company. I identified myself and asked TORRES if he knows WIGGS and he said that he does. I asked TORRES if WIGGS works for him and he replied that WIGGS used to work for him but he got let go last Friday, 02/09/18. I asked TORRES what was WIGGS' job description and he explained that WIGGS was a security guard at the construction site located at Harbison and Tulip in Philadelphia. I asked TORRES for the reason of WIGGS' termination of employment with the company and he explained that WIGGS was caught sleeping in his vehicle during the performance of his duties. TORRES stated "somethings" went missing the day WIGGS was caught sleeping. TORRES explained that WIGGS usually reported for work armed and he was told not to carry a firearm when reporting for work.

**Criminal History:**
A search of criminal history for WIDDS revealed SID NJ941609C and FBI number: 605792LC7 associated with the name of Steven WIGGS, DOB: 09/08/82. Query of the SID showed that WIDDS was arrested on 01/10/06 for aggravated assault in New Jersey. This charge was dismissed on 05/11/06. WIGGS was also arrested on 01/14/10 for sale of documents and forms in New Jersey. This charge was dismissed on 05/25/11.

Based on this investigation it is determined that WIGGS identifies himself as a constable. This investigator determined that WIGGS is an elected constable for the 16th ward of Leigh County. This investigation also determined that WIGGS as a constable is not permitted to have red/blue emergency lighting, which is a violation of Title 75 Subsection 4571(B1), visual and audible signals on emergency vehicles. A traffic citation P958ZKSKDX7 filed against WIGGS for violation of this Title of the Crimes Code.

All evidence can be disposed / destroyed in Accordance with AR 3-3. Refer to Property Record K1-13631

There are no CLEAN /NCIC entries in this investigation.

All criminal histories associated with this investigation have been destroyed.

I recommend that this investigation be terminated

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR | 10. PAGE |
| --- | --- | --- | --- | --- | --- |
| Tpr. Andi I. AVDULLA | 10651 | ☐ CONT. ☒ TERM. | #1034 | ☐ NONCONCUR | 06 |
| STATION | | | | | |