# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0008072-2018
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Steven A. Wiggs

Page 1 of 5

## CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Johnson, Shanese I. | Date Filed: 11/14/2018 | Initiation Date: 11/14/2018 |
| OTN: U 139101-4   LOTN: | Originating Docket No: MC-51-CR-0024936-2018 | |
| Initial Issuing Authority: Jacquelyn Frazier-Lyde | Final Issuing Authority: | |
| Arresting Agency: PSP - Philadelphia | Arresting Officer: Affiant | |
| Complaint/Incident #: 1806042714-0024936 | | |

Case Local Number Type(s) | Case Local Number(s)
--- | ---
Originating Docket Number | MC-51-CR-0024936-2018
District Control Number | 1806042714
Originating Document Number | 1806042714-0024936

## STATUS INFORMATION

Case Status:  Closed

| Status Date | Processing Status | Arrest Date: 09/27/2018 |
|---|---|---|
| 06/18/2019 | Completed | |
| 01/17/2019 | Awaiting Trial | |
| 11/27/2018 | Awaiting Pre-Trial Conference | |
| 11/27/2018 | Awaiting Formal Arraignment | |
| 11/14/2018 | Awaiting Filing of Information | |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 11/27/2018 | 11:00 am | 1104 | Trial Commissioner Linda Mariani | Scheduled |
| Pre-Trial Conference | 11/29/2018 | 9:00 am | 905 | Judge Scott DiClaudio | Scheduled |
| Pretrial Bring Back | 01/17/2019 | 9:00 am | 905 | Judge Scott DiClaudio | Scheduled |
| Trial | 02/26/2019 | 9:00 am | 704 | Judge Shanese I. Johnson | Continued |
| Trial | 04/18/2019 | 9:00 am | 704 | Judge Shanese I. Johnson | Continued |
| Trial | 06/18/2019 | 9:00 am | 704 | Judge Shanese I. Johnson | Scheduled |
| Motions Hearing | 07/12/2019 | 9:00 am | 704 | Judge Shanese I. Johnson | Scheduled |
| Motions Hearing | 08/08/2019 | 9:00 am | 704 | Judge Shanese I. Johnson | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth:   09/08/1982     City/State/Zip: Allentown, PA 18103

Alias Name
WIGGS, STEVEN
Wiggs, Steven Ahamd
Wiggs, Steven Ahmad

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0008072-2018
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Steven A. Wiggs

Page 2 of 5

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Wiggs, Steven A. |

### BAIL INFORMATION

**Wiggs, Steven A.**                                                                                   Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 09/27/2018 | Monetary | 10.00% | $25,000.00 | | |
| Set (bail modification) | 09/28/2018 | Monetary | | $25,000.00 | | |
| | | | | | Posted | 09/28/2018 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | 18 § 6106 §§ A1 | Firearms Not To Be Carried W/O License | 09/27/2018 | U 139101-4 |
| 2 | 2 | M1 | 18 § 6108 | Carry Firearms Public In Phila | 09/27/2018 | U 139101-4 |
| 3 | 3 | M2 | 18 § 4912 | Impersonating A Public Servant | 09/27/2018 | U 139101-4 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event                                    Disposition Date              Final Disposition
    Sequence/Description                          Offense Disposition           Grade     Section
      Sentencing Judge                              Sentence Date               Credit For Time Served
        Sentence/Diversion Program Type               Incarceration/Diversionary Period   Start Date
          Sentence Conditions

**Lower Court Proceeding (generic)**
Preliminary Hearing                              11/13/2018                    Not Final
  1 / Firearms Not To Be Carried W/O License       Held for Court                F3        18 § 6106 §§ A1
  2 / Carry Firearms Public In Phila               Held for Court                M1        18 § 6108
  3 / Impersonating A Public Servant               Held for Court                M2        18 § 4912

**Proceed to Court**         Defendant Was Not Present
Information Filed                                11/27/2018                    Not Final
  1 / Firearms Not To Be Carried W/O License       Proceed to Court              F3        18 § 6106 §§ A1
  2 / Carry Firearms Public In Phila               Proceed to Court              M1        18 § 6108
  3 / Impersonating A Public Servant               Proceed to Court              M2        18 § 4912

**Nolle Prossed**
Trial                                            06/18/2019                    Final Disposition
  1 / Firearms Not To Be Carried W/O License       Nolle Prossed                 F3        18 § 6106 §§ A1
  2 / Carry Firearms Public In Phila               Nolle Prossed                 M1        18 § 6108
  3 / Impersonating A Public Servant               Nolle Prossed                 M2        18 § 4912

CPCMS 9082                                                                                           Printed: 06/01/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: CP-51-CR-0008072-2018
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Steven A. Wiggs

Page 3 of 5

| **COMMONWEALTH INFORMATION** | **ATTORNEY INFORMATION** |
|---|---|
| Name: Philadelphia County District Attorney's Office — Prosecutor | Name: Benjamin John Simmons — Private |
| Supreme Court No: | Supreme Court No: 314855 |
| Phone Number(s): 215-686-8000 (Phone) | Rep. Status: Active |
| Address: 3 South Penn Square, Philadelphia, PA 19107 | Phone Number(s): 215-551-9099 (Phone) |
| | Address: Defino Law Associates Pc, 2541 S Broad St, Philadelphia, PA 19148 |
| | Representing: Wiggs, Steven A. |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/14/2018 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 1 | 11/27/2018 | | Krasner, Larry |
| Information Filed | | | |
| 2 | 11/27/2018 | | Simmons, Benjamin John |
| Waiver of Appearance at Arraignment | | | |
| 3 | 11/27/2018 | | Simmons, Benjamin John |
| Motion to Quash | | | |
| 6 | 11/27/2018 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 11/29/2018 | | DiClaudio, Scott |
| Defense Request For Continuance To File Motion | | | |
| 1 | 01/16/2019 | | Philadelphia County District Attorney's Office |
| Brief in Opposition to Motion to Quash | | | |
| 4 | 01/17/2019 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0008072-2018
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Steven A. Wiggs

Page 4 of 5

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 6 | 01/17/2019 | | DiClaudio, Scott |
| Order Denying Motion to Quash | | | |
| 1 | 02/26/2019 | | Johnson, Shanese I. |
| Commonwealth Request For Continuance For Further Investigation | | | |
| 5 | 02/26/2019 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 6 | 02/26/2019 | | Philadelphia County District Attorney's Office |
| Motion in Limine | | | |
| 4 | 04/18/2019 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 04/18/2019 | | Johnson, Shanese I. |
| Commonwealth Request For Continuance For Further Investigation | | | |
| 1 | 06/18/2019 | | Johnson, Shanese I. |
| Order to Comply | | | |
| 2 | 06/18/2019 | | Johnson, Shanese I. |
| Nolle Prosequi | | | |
| 1 | 06/28/2019 | | Rodriguez, Emily Jane |
| Entry of Appearance | | | |
| 1 | 07/10/2019 | | Rodriguez, Emily Jane |
| MOTION FOR RECONSIDERATION OF ORDER FOR RETURN OF PROPERTY | | | |
| 3 | 07/12/2019 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 07/23/2019 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0008072-2018
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Steven A. Wiggs

Page 5 of 5

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/05/2019 | | Unknown Filer |
| Answer/Response | | | |
| 1 | 08/07/2019 | | Philadelphia County District Attorney's Office |
| Motion to Reconsider | | | |
| 2 | 08/07/2019 | | Simmons, Benjamin John |
| Answer/Response | | | |
| 1 | 08/08/2019 | | Johnson, Shanese I. |
| Motion for Reconsideration | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date: 11/28/2018                    Total of Last Payment: -$12.50

| Wiggs, Steven A.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | ($12.50) | $0.00 | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 |
| Costs/Fees Totals: | $35.00 | ($12.50) | ($10.00) | $0.00 | $12.50 |
| Grand Totals: | $35.00 | ($12.50) | ($10.00) | $0.00 | $12.50 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.