# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0714 | W | 2019 | 015511 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

NEWARK MUNICIPAL COURT
31 GREEN STREET
NEWARK    NJ  07102-0000
973-733-6520  COUNTY OF: ESSEX

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 6 | | 19-5302 |

COMPLAINANT NAME: S/O A. CINTRON
50 W. MARKET STREET
NEWARK    NJ   07102

*THE STATE OF NEW JERSEY*
*VS.*
**STEVEN A WIGGS**

ADDRESS: 718 SOUTH WOODWARD STREET
ALLENTOWN    PA  18103-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 09/08/1982
DRIVER'S LIC. #.    DL STATE:
SOCIAL SECURITY #: xxx-xx-x011   SBI #: 941609C
TELEPHONE #: (   )
LIVESCAN PCN #: 070020029073

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 12/03/2019 in NEWARK CITY , ESSEX County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, THE DEFENDANT KNOWINGLY POSSESSED A HAND GUN WITHOUT FIRST HAVING OBTAINED A PERMIT TO CARRY THE SAME AS PROVIDED NY N.J.S. 2C:58-4, SPECIFICALLY BY HAVING IN HIS POSSESSION A LOADED "BLACK SMITH AND WESSON .9MM M&P9 BEARING SERIAL NUMBER (#HBE8465)", IN VIOLATION OF N.J.S. 2C:39-5B(1) A CRIME OF THE 2ND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID FASELY PRETEND TO HOLD A POSITION AS AN OFFICER OR MEMBER OF AN ORGANIZATION OR ASSOCIATION OF LAW ENFORCEMENT OFFICERS WITH THE PURPOSE TO INDUCE ANOTHER TO SUBMIT TO SUCH PRETENDED OFFICIAL AUTHORITY OR OTHERWISE ACT IN RELIANCE UPON THAT PRETENSE, SPECIFICALLY BY STATING TO S/O U. OCASIO AND DET. A. CINTRON, "I'M A POLICE OFFICER, I HAVE ARRESTING POWERS AND I HAVE STATE LAW ENFORCEMENT POWERS AS A CONSTABLE, I'M AN ELECTED OFFICIAL". "I AM EQUIVALENT TO THE TOP SHERIFF OF ANY COUNTY IN THE STATE OF NEW JERSEY AND I HAVE FEDERAL POWERS".

**in violation of:**

| Original Charge | 1) 2C:39-5B(1) | 2) 2C:28-8B | 3) 2C:39-3J |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: ROBERT MERCADO S/I    Date: 12/03/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of ESSEX at the following address: ESSEX COUNTY COURTS
VETERANS COURTHOUSE   50 WEST MARKET STREET   NEWARK   NJ 07102-0000
Date of Arrest: 12/03/2019   Appearance Date:   Time:   Phone: 973-776-9300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator   Date   Signature of Judge   Date

☑ Probable cause **IS** found for the issuance of this complaint. MARVIN ADAMES JUDICIAL OFFICER   12/03/2019
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 10    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0714 | W | 2019 | 015511 | STEVEN A WIGGS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY POSSESS A LARGE CAPACITY AMMUNITION MAGAZINE, SPECIFICALLY BY HAVING IN HIS POSSESSION A LOADED BLACK .9MM 17 COUNT MAGAZINE FOR A SMITH AND WESSON M&P9 HANDGUN IN VIOLATION OF N.J.S. 2C:39-3J A CRIME OF THE 4TH DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY POSSESS A LARGE CAPACITY AMMUNITION MAGAZINE, SPECIFICALLY BY HAVING IN HIS POSSESSION A LOADED BLACK .9MM 17 COUNT MAGAZINE FOR A SMITH AND WESSON M&P9 HANDGUN IN VIOLATION OF N.J.S. 2C:39-3J A CRIME OF THE 4TH DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY POSSESS A LARGE CAPACITY AMMUNITION MAGAZINE, SPECIFICALLY BY HAVING IN HIS POSSESSION A LOADED BLACK .9MM 17 COUNT MAGAZINE FOR A SMITH AND WESSON M&P9 HANDGUN IN VIOLATION OF N.J.S. 2C:39-3J A CRIME OF THE 4TH DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY EXHIBIT A GOVERNMENT AGENCY IDENTIFICATION CARD, LABELED IN BOLD YELLOW BAND "LAW ENFORCEMENT" AND ON THE REVERSE SIDE "NORTHEAST PENNSYLVANIA REGIONAL COUNTER TERRORISM TASK FORCE OFFICIAL ID BADGE" WHICH FALSELY PURPORTED TO BE A GOVERNMENT ISSUED IDENTIFICATION CARD WHICH COULD BE USED AS A MEANS OF VERIFYINGA PERSON'S IDENTITY OR AGE OR ANY PERSONAL IDENTIFYING INFROMATION, SPECIFICALLY BY EXHIBITING THIS "LAW ENFORCEMENT CARD TO S/O A. CINTRON, IN VIOLATION OF N.J.S. 2C:21-2.1D. A CRIME OF THE 4TH DEGREE.

| Original Charge | 4) 2C:39-3J | 5) 2C:39-3J | 6) 2C:21-2.1D |
|---|---|---|---|
| Amended Charge | | | |

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**
COURT CODE: 0714 | PREFIX: W | YEAR: 2019 | SEQUENCE NO.: 015511

**STATE V.** STEVEN A WIGGS

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ | by:_____ | ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail |

Place Committed: _____
Date Referred to County Prosecutor: _____

Date of First Appearance: _____
☐ Advised of Rights by _____
Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name: _____
State | County | Municipal | Other

**Defense Counsel Information**
Name: _____
None | Retained | Public Def | Assigned | Waived | Other

| Field | 1) 2C:39-5B(1) | 2) 2C:28-8B | 3) 2C:39-3J |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: _____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**
DEFENDANT HAS BEEN ARRESTED IN THE PAST FOR IMPERSONATING A LAW ENFROCEMENT OFFICER.

**Related Traffic Tickets and Complaints:**

\* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P - Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

**COMPLAINT - WARRANT (Court Action)**
Page 3 of 10 | NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |
|---|---|---|---|
| 0714 | W | 2019 | 015511 |

**STATE V.** STEVEN A WIGGS

**FTA Bail Information** Date Bail Set: _____ Amount Bail Set: $_____ by: _____ ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail |
|---|---|---|---|

Place Committed: _____

Date Referred to County Prosecutor: _____

Date of First Appearance: _____ ☐ Advised of Rights by _____

Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**
Name: _____
State | County | Municipal | Other

**Defense Counsel Information**
Name: _____
None | Retained | Public Def | Assigned | Waived | Other

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:39-3J | 5) 2C:39-3J | 6) 2C:21-2.1D |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: _____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**
DEFENDANT HAS BEEN ARRESTED IN THE PAST FOR IMPERSONATING A LAW ENFROCEMENT OFFICER.

**Related Traffic Tickets and Complaints:**

***Finding Codes***
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

COMPLAINT - WARRANT (Court Action) Page 4 of 10 NJ/CDR2 1/1/2017

# ESSEX SHERIFF ARREST REPORT

| Command / Precinct | Sector / Zone | Squad / Unit | ORI Number | Municipal Code | Incident / Event Number | Central Complaint Number / Case Number |
|---|---|---|---|---|---|---|
| COURTS | A | | NJ0070000 | 0714 | I-2019-043252 | C-2019-005302 |

| Location of Arrest | Date of Arrest | Time of Arrest | Assisting Agency / Dept. | Central Arrest Number |
|---|---|---|---|---|
| GIBRALTAR BUILDING - ACADEMY STREET ENTRANCE - 212 WASHINGTON ST, NEWARK NJ | 12/3/2019 | 15:00 | | R-2019-006103 |

## Defendant

| Defendant Name (Last, First, MI) | Adult / Juv | Alias / Nickname | Address | Apt. | City | State |
|---|---|---|---|---|---|---|
| WIGGS, STEVEN A | Adult | | 718 SOUTH WOODWARD STREET, ALLENTOWN PA 18103 | | | |

| DOB (MM/DD/YYYY) | Age | Place of Birth (City/State/Cntry) | Social Security Number | Driver's License Number | State | Phone Number |
|---|---|---|---|---|---|---|
| 09/08/1982 | 37 | JERSEY CITY NJ USA | 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 | W42387236109822 | | 201-598-8780 |

| Sex | Race | Ethnicity | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Complexion | Description of Clothing |
|---|---|---|---|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 5'11" | 210 | BRO | BLACK | Short | SLIGHT BEARD | DARK | TAN PANTS, BURGANDY SHIRT |

| Scars, Marks, Tattoos | Marital Status | Occupation | Gang / Organization Affiliation |
|---|---|---|---|
| | Single | PA CONSTABLE | |

| Cell Phone Number | E-Mail Address | Social Media 1 | Social Media 2 |
|---|---|---|---|
| 201-598-8780 | | | |

| Employer / School | Employer / School Address | Employer / School Phone |
|---|---|---|
| PA STATE CONSTABLE'S OFFICE | | 610-703-5366 |

| Next of Kin | Next of Kin Address | Relationship | Next of Kin Phone |
|---|---|---|---|
| RANKINS, CHAKINA | 718 S WOOBWARD ST, ALLENTOWN PA 18103 | SPOUSE | 973-573-8207 |

## Arrest Information

| Type of Arrest | Date / Time of Offense | Location of Offense | Prisoner Arrested By |
|---|---|---|---|
| On View ✓, Warrant, ACS/ATS, B/W ✓, FOA ✓, Other | 12/3/2019 15:00 | GIBRALTAR BUILDING - 212 WASHINGTON ST FLOOR 1, NEWARK NJ 07102 | S.I. MERCADO, ROBERT 3270 |

| Offense Type | Statute / Ordinance | Warrant / Summons Number | Wanted by (Agency Name) | Prints Reqd? |
|---|---|---|---|---|
| UNLAWFUL POSS WEAPON-HANDGUNS WITHOUT PERMIT | 2C:39-5B(1) | W-2019-015511-0714 | ECSO | Y |
| IMPERSONATING A LAW ENFORCEMEN | 2C:28-8B | W-2019-015511-0714 | ECSO | Y |
| ILL POSS AMMO MAGAZINE | 2C:39-3J | W-2019-015511-0714 | ECSO | Y |
| ILL POSS AMMO MAGAZINE | 2C:39-3J | W-2019-015511-0714 | ECSO | Y |
| ILL POSS AMMO MAGAZINE | 2C:39-3J | W-2019-015511-0714 | ECSO | Y |
| SALE OF FALSE DRIVERS LICENSE | 2C:21-2.1 | W-2019-015511-0714 | ECSO | Y |
| WILLFUL NONSUPPORT | 2C:24-5 | 19-0666 | MERCER COUNTY SUPERIOR CT | Y |

| Record Check Completed By | Record Checks | UCR Class | US Citizen | Translator Type Required | ICE Notified | Registered Sex Offender | Victim Notification Form Completed |
|---|---|---|---|---|---|---|---|
| S.O. PASERCHIA, MICHAEL 93035 | ✓ NCIC/III, ✓ ACS/ATS, ✓ NJKIDS ECSO, ✓ NJWP, ✓ NLETS, ✓ OTHER | | Y | | N | N | N |

| Prisoner Searched By | Prisoner Fingerprinted By | Amt. Money on Prisoner | Property Bag # | Warrant Tally Code | PHOTO |
|---|---|---|---|---|---|
| S.O. LEON, JOSEPH 3005 | S.O. ROSS, KRISTAL 3074 | $220.65 | 68890 | ACTUA | |

## Juvenile Information

| Name of Parent / Guardian / Probation Notified | Phone Number | Date Contacted | Time Contacted |
|---|---|---|---|
| | | | |

| Notified By | Juvenile Released to / Detained at |
|---|---|
| | |

| Address of Person Released to | Relationship to Juvenile |
|---|---|
| | Parent, Guardian, Relative, Other |

| Juvenile Disposition | Handled Within Department | Booking / Photo Number | SBI Number |
|---|---|---|---|
| Referred to Child Welfare Agency, Referred to Adult Court, Referred to JV Court / Probation, Referred to Other Police Agency, Other | | J-2019-17382 | 941609C |

| Officer Releasing Juvenile | ID / Badge # | Dept. | Date Released | Time Released | BCI Number | FBI Number |
|---|---|---|---|---|---|---|
| | | | | | | 605792LC7 |

| Arresting / Reporting Officer | Date / Time | ID / Badge # | Approving Officer | Date / Time | ID / Badge # |
|---|---|---|---|---|---|
| S.O. CINTRON, ANGEL | 12/03/2019 20:00 | 2778 | SGT. CALO, RICHARD | 12/03/2019 23:53 | 2908 |

Page 1 of 2

ESSEX SHERIFF — ARREST REPORT

| Command / Precinct | Sector / Zone | Squad / Unit | ORI Number | Municipal Code | Incident / Event Number | Central Complaint Number / Case Number |
|---|---|---|---|---|---|---|
| COURTS | A | | NJ0070000 | 0714 | I-2019-043252 | C-2019-005302 |

| Defendant Name (Last, First, MI) | Date of Arrest: | DOB (MM-DD-YYYY) | Central Arrest # |
|---|---|---|---|
| WIGGS, STEVEN A | 12/3/2019 | 09/08/1982 | R-2019-006103 |

**Vehicle Involved**

| Vehicle Year | Make | Model / Body Type | Color | License Plate / Registration | State | Vehicle Identification Number (VIN) | How Involved? |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Narrative**

Details of Arrest (Indicate Means of Identification)

On the above date and time, the above subject was arrested and charged as follows;

1. Unlawful possession of a weapon, 2C:39-5B(1).
2. Impersonation of a police officer, 2C:28-8B.
3. Three (3) counts of unlawful possession of Large Capacity Magazines, 2C:39-3J.
4. Fraudulent Documents, 2C:21-2.1D.

Also, the above subject was record checked and found to have one (1) outstanding warrant as follows;

1. Warren County Superior Court Warrant for Non-support signed by the Honorable Judge Kaekyoung Suh on November 22, 2019.

For further details refer to incident report C-2019-005302.

**Processing Information**

| Additional Person Arrested (Last, First, MI) | DOB | Arrest Number | Additional Person Arrested (Last, First, MI) | DOB | Arrest Number |
|---|---|---|---|---|---|
| | | | | | |

| Sent to Cell Block By | Received at Cell Block By | Date Received | Time Received | Cell Number | Bail Amount Rec'd | Bail Rec'd By | Person Released To |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Court | Court Date | Disposition | Disposition Date | Detective Notified | Unit | Person Released To Signature |
|---|---|---|---|---|---|---|
| CJP | 12/04/2019 | ECCF | 12/03/2019 | | | |

| Arresting / Reporting Officer | Date / Time | ID / Badge # | Approving Officer | Date / Time | ID / Badge # |
|---|---|---|---|---|---|
| S.O. CINTRON, ANGEL | 12/03/2019 20:00 | 2778 | SGT. CALO, RICHARD | 12/03/2019 23:53 | 2908 |

Page 2 of 2

# ESSEX SHERIFF — INCIDENT REPORT

| Field | Value |
|---|---|
| Command / Precinct | COURTS |
| Sector / Zone | |
| Squad / Unit | WJC |
| ORI Number | NJ0070000 |
| Municipal Code | 0714 |
| Incident / Event Number | I-2019-043252 |
| CC Number / Case Number | C-2019-005302 |

## Incident Details

| Field | Value |
|---|---|
| Type of Offense / Incident Type | SUSPICIOUS PERSON/CONDITION |
| NJ Statute / Ordinance | UNLAWFUL POSS WEAPON-HANDGUNS |
| Date Reported | 12/03/2019 |
| Time Reported | 13:30 |
| Occurred Between | ✓ |
| Hour | 13:30 |
| Day of Week | Tue |
| Month | 12 |
| Day | 03 |
| Year | 2019 |
| Location of Offense | GIBRALTAR BUILDING - ACADEMY STREET ENTRANCE - 212 WASHINGTON ST, NEWARK NJ |
| Type of Premise / Property | Commercial |
| At | 15:00 Tue 12 03 2019 |

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Occ. on Publ. Housing | | ✓ | Vehicle Involved | | ✓ |
| Occ. on County Prop. | ✓ | | Camera Visible | ✓ | |
| Force Used | | ✓ | Dom. Viol. Related | | ✓ |
| Weapon Used | ✓ | | DYFS Notified | | ✓ |
| Victim Injured | | ✓ | Alcohol Related | | ✓ |
| Medical Attn. Reqd. | | ✓ | Bias Related | | ✓ |
| Stranger-to-Stranger | | ✓ | Gang Related | | ✓ |

| Field | Value |
|---|---|
| Object of Crime | Weapons |
| How Attacked / Committed | SEE NARRATIVE |
| Relationship of Victim to Offender | |
| Report Source | ✓ On View |
| Weather Conditions | FAIR |
| Cross Reference / OCA Case Number(s) | |
| Total # Persons Arrested | Adults 1 / Juveniles 0 |
| Restraining Order | (not issued/violated) |
| DVRT Interview | (not requested/refused) |

## Victim / Complainant Information

| Field | Value |
|---|---|
| Person Reporting Crime Name | MERCADO, S/O R. |
| Person Reporting Crime Address | ESSEX COUNTY VETERANS COURTHOUSE - 50 W MARKET ST FLOOR 2, NEWARK NJ 07102 |
| Person Reporting Crime Phone Number | 973-621-4111 |
| Complainant / Victim Name | MERCADO, S/O R. |
| Address | ESSEX COUNTY VETERANS COURTHOUSE - 50 W MARKET ST, NEWARK NJ 07102 |
| Phone Number | 973-621-4111 |
| Sex | M |
| Occupation | SHERIFF'S OFFICER |
| Cell / Other Phone Number | 973-621-4111 |
| Employer / School | ESSEX COUNTY SHERIFF'S OFFICE |
| Employer / School Address | ESSEX COUNTY SHERIFF'S OFFICE |
| Employer / School Phone | 973-621-4111 |

## Other Victims, Witnesses and Involved Parties Information

Roles: V = Victim; W = Witness; P = Parent/Guardian; I = Involved Party

(none listed)

## Suspect / Arrested Persons Information

| Field | Value |
|---|---|
| Suspect Name | WIGGS, STEVEN A |
| Alias | |
| Address | 718 SOUTH WOODWARD STREET, ALLENTOWN PA 18103 |
| DOB | 09/08/1982 |
| Age | 37 |
| Sex | M |
| Race | BLACK |
| Ethnicity | NON-HISPANI |
| Height | 5' 11" |
| Weight | 210 |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Hair Length | Short / |
| Facial Hair | SLIGHT BEARD |
| Complexion | DARK |
| Scars, Marks, Tattoos | |
| Description of Clothing | TAN PANTS, BURGANDY SHIRT |
| Gang Affiliation | |
| Central Arrest Number | R-2019-006103 |
| Cell Phone Number | 201-598-8780 |

## Other Suspects

(none listed)

| Reporting Officer | Date / Time | Badge / ID # | Approving Officer | Date / Time | Badge / ID # |
|---|---|---|---|---|---|
| S.O. CINTRON, ANGEL | 12/03/2019 20:50 | 2778 | SGT. CALO, RICHARD | 12/03/2019 23:55 | 2908 |

v37b

# ESSEX SHERIFF — INCIDENT REPORT

| Command / Precinct | Sector / Zone | Squad / Unit | ORI Number | Municipal Code | Incident / Event Number | CC Number / Case Number |
|---|---|---|---|---|---|---|
| COURTS | | WJC | NJ0070000 | 0714 | I-2019-043252 | C-2019-005302 |

## Property Information

Description of Property Stolen or Damaged (See narrative for additional details) | Total Value (Approx.) | Recovered? | Evidence Bag #

| Total Value (approx.) of Property by Type | Currency $0.00 | Jewelry $0.00 | Furs $0.00 | Clothing $0.00 | Local Autos $0.00 | Other $0.00 | Total Property $0.00 |
|---|---|---|---|---|---|---|---|

## Vehicle Information

| Make | Model | Body Type | Year | Color | Ignition Damage? | License Plate Number | State |
|---|---|---|---|---|---|---|---|

| Vehicle Information Number (VIN) | Owner of Vehicle | Driver of Vehicle | Driver's License Number |
|---|---|---|---|

| Vehicle Used By Offender | Vehicle Reported Stolen | Originating Agency | Agency OCA | Fictitious Plates? | Summons Issued? | Vehicle Impounded? |
|---|---|---|---|---|---|---|

## Weapons Information

| Type of Weapon | Make / Caliber | Model | Weapon Serial Number | Defaced? | Stolen? |
|---|---|---|---|---|---|
| PERSONAL WEAPON | SMITH & WESSON 9MM | M&P9 | HBE8465 | N | UBO |

## Agency Assist Information

| Other Officers at Scene (Rank / Name / Badge #) | Vehicle # | Jurisdiction | Command | Other Officers at Scene (Rank / Name / Badge #) | Vehicle # | Jurisdiction | Command |
|---|---|---|---|---|---|---|---|
| OCASIO, S/O U. | | ESSEX COUNTY | COURTS | CALO, SERGEANT R. | | ESSEX COUNTY | COURTS |
| LEON, S/O J. | | ESSEX COUNTY | COURTS | LT. NOVAK, T. | | ESSEX COUNTY | COURTS |

## Other Reports

List Other Reports Filed

- [✓] Arrest
- [✓] Property / Evidence
- [ ] Towed Vehicle
- [ ] Vehicle Pursuit
- [ ] Currency
- [ ] Statement(s)
- [✓] Miranda
- [ ] Crime Scene
- [ ] Continuation
- [✓] Prisoner Property
- [ ] Crash
- [ ] Stolen Vehicle
- [ ] Use of Force
- [ ] Display Rept.
- [✓] Consent
- [✓] Other   ECDR

## Narrative

Details of Incident (Indicate Means of Identification)

On Tuesday, December 3, 2019, Essex County Sheriff's Officer's R. Mercado, U. Ocasio and J. Colon were assigned to 212 Washington Street, Newark, New Jersey.

At approximately 1330 hours, while S/O R. Mercado and S/O U. Ocasio were stationed at the security check point located at the Academy Street Entrance he was alerted to an individual, later identified as Steven Wiggs, who entered into the Academy Street Entrance and advised officers that he was a Pennsylvania Constable and that he was carrying his service weapon. S/O Mercado asked Wiggs whether he was on official business or personal business and this is when Wiggs informed S/O Mercado that he was there to pay his child support and was on personal business. At this time, S/O R. Mercado notified Gibraltar Command requesting a supervisor....

## Processing Information

Technical Services: [ ] Bomb Squad  [ ] K-9 Unit  [ ] TRT  [ ] RDT  [ ] Other

Other Agency Name | Other Agency OCA | Other Info.

Status of Offense: [ ] Unfounded  [✓] Cleared by Arrest  [ ] Not Cleared  [ ] Exceptional Clearance  [ ] Summons In Lieu Of Detention

Status of Case: [ ] Pending Active  [ ] Pending Inactive  [✓] Closed

Cleared by Arrest Of: [✓] Adult  [ ] Juvenile  [ ] Adult and Juvenile  [ ] Narcotic Offender

| Teletype # | UCR Class | Re-Class | Name of Detective Notified (Rank, Last, First, MI) | Badge / ID # | Squad / Unit |
|---|---|---|---|---|---|

| Reporting Officer | Date / Time | Badge / ID # | Approving Officer | Date / Time | Badge / ID# |
|---|---|---|---|---|---|
| S.O. CINTRON, ANGEL | 12/03/2019 20:50 | 2778 | SGT. CALO, RICHARD | 12/03/2019 23:55 | 2908 |

v37b                                                                                           Page 2 of 4

| ESSEX SHERIFF | | | | | INCIDENT REPORT | |
|---|---|---|---|---|---|---|
| Command / Precinct COURTS | Sector / Zone | Squad / Unit WJC | ORI Number NJ0070000 | Municipal Code 0714 | Incident / Event Number I-2019-043252 | CC Number / Case Number C-2019-005302 |

Sergeant R. Calo responded to Academy Street and based on said incident details Sergeant R. Calo began an investigation and said officers detained Wiggs. The undersigned responded to the scene and heard Wiggs stated "I'm a Police Officer, I have arresting powers". The undersigned asked Wiggs under who's authority is he allowed to carry a weapon from Pennsylvania to New Jersey and what agency does he work for and Wiggs responded Stating that he has State law enforcement powers as a constable and stated that he is elected as a constable. Wiggs further stated that he has the power equivalent to the top Sheriff of any County in that State of New Jersey and that he has Federal powers. The undersigned then asked Wiggs for his identification cards and Wiggs provided two (2) identification cards as follows;

1. Commonwealth of Pennsylvania County of Lehigh Certifying Steven Wiggs as a duly elected constable to serve until first Monday of January 2022 and having a DOB of 09-08-1982 signed by clerk of Judicial records Anduc Eangli on 1-4-2016.

2. State Constable Steven Wiggs Monroe County with a yellow banner with Law Enforcement having a date of 01-06-2016 and on back "Northeast Pennsylvania Regional Counter Terrorism Task Force Official ID Badge.
The undersigned also asked Wiggs for his driver's license and Wiggs provided State of Pennsylvania identification number 30 689 985.

Sergeant R. Calo made notifications advising of said incident details and it was decided that Wiggs be detained and allowed to secure his weapon into a lockbox pending further investigation.

The undersigned and S/Os U. Ocasio and S/O Barnes escorted Wiggs to the 1st Floor secured waiting area where Wiggs was allowed to secure his weapon under direct supervision from officers. Once the weapon was secured Wiggs was asked once again where he worked and Wiggs stated that he is a Constable out of PA but that he was also a police officer.

A record check of Wiggs, through the Essex County Sheriff's Office Central Communications dispatcher, by the undersigned was started via radio communications.

Shortly after, said weapon known as a black Smith & Wesson M&P9 bearing serial number HBE8465 was later secured and made safe, by the undersigned, by removing one(1) seventeen-round capacity magazine which contained fifteen (15) 9mm ball rounds and one (1) 9mm ball round in the chamber and a NCIC check of said weapon using make and model along with serial number proved negative for any record.

Central Communications then notified the undersigned that Wiggs had an outstanding warrant which was later known to be one (1) outstanding warrant out of Warren County for Non-support.

Wiggs was placed under arrest by S/O U. Ocasio and read his rights as per Miranda, by the undersigned, and taken to the secured holding area where a search incident to arrest of Wiggs, by Det. J. Leon, revealed Wiggs to be in possession of two (2) additional seventeen (17) round capacity magazines each containing sixteen(16) 9mm ball rounds, one(1) black Blackhawk holster, two (2) handcuff keys, one (1) black JP leather basket weave handcuff pouch found to contain one (1) silver peerless handcuffs, one (1) leather badge holder having gold six point star badge "Pennsylvania State Constable Police 16W" and one (1) leather holder with an additional gold six point star badge "Pennsylvania State Constable Police 16W" which was found in wallet.

Also, Wiggs was found to be in possession of an ACT 2009-49 Constable Certification for Steven Wiggs indicating that Wiggs is certified on Firearms issued by the Constables' Education and Training Board Pennsylvania Commission on Crime and Delinquency with an expiration of 12-31-2019, however the reverse side indicates "The holder of this card is a constable or deputy constable who has been certified under Section 7142(a) of Act 49 of 2009 (44 Pa. C.S.A. 7142(a)), which established the Constable' Education and Training Program. A currently certified constable or deputy constable is authorized to perform judicial duties as set forth in the Act. This card also will reflect whether the named individual is currently qualified pursuant to 44 Pa. C.S.A. 7148 to carry and use a firearm in the performance of judicial duties. S/O DePalma verified with Pennsylvania Commission of crime and delinquency certification unit and S/O DePalma was informed that this ID is only valid in Pennsylvania in the performance of judicial duties only.

Det. J. Leon notified Constable Barry Bettz, at 610-703-5366, of the Lehigh County Constables office at 610-703-5366 of Wiggs' incident and Bettz stated that Wiggs is a Constable but is not

| Reporting Officer | Date / Time | Badge / ID # | Approving Officer | Date / Time | Badge / ID# |
|---|---|---|---|---|---|
| S.O. CINTRON, ANGEL | 12/03/2019 20:50 | 2778 | SGT. CALO, RICHARD | 12/03/2019 23:55 | 2908 |

| ESSEX SHERIFF | | | | | INCIDENT REPORT | |
|---|---|---|---|---|---|---|
| Command / Precinct<br>COURTS | Sector / Zone | Squad / Unit<br>WJC | ORI Number<br>NJ0070000 | Municipal Code<br>0714 | Incident / Event Number<br>I-2019-043252 | CC Number / Case Number<br>C-2019-005302 |

allowed to carry out of state.

Det. J. Leon notified the Pennsylvania State Constables officer Secretary John Nardi at 610-664-5504 of said incident and Nardi informed that Wiggs is associated with Lehigh County however he was not authorized to carry a weapon outside of the State of Pennsylvania.

When asked if Wiggs had a valid permit to carry a handgun in the State of New Jersey, Wiggs informed officers that he did not have a valid permit to carry a handgun in the State of New Jersey.

Based upon said incident details and investigation, it was determined that Wiggs, who is employed by Lehigh County Constable's office out of the Commonwealth of Pennsylvania, was in unlawful possession of a weapon specifically a black Smith & Wesson M&P9 handgun bearing serial number HBE8465.

Wiggs was also found to be in possession of three (3) large capacity magazines able to hold seventeen (17) rounds each. Also, Wiggs represented that he was a "Police Officer" several times and provided State Constable Steven Wiggs Monroe County ID with a yellow banner having Law Enforcement written on it and having a date of 01-06-2016 and on back "Northeast Pennsylvania Regional Counter Terrorism Task Force Official ID Badge with no expiration date along with being in possession of police equipment specifically one(1) black Blackhawk holster, two (2) handcuff keys, one (1) black JP leather basket weave handcuff pouch found to contain one (1) silver peerless handcuffs, one (1) leather badge holder having gold six point star badge "Pennsylvania State Constable Police 16W" and one (1) leather holder with an additional gold six point star badge "Pennsylvania State Constable Police 16W" which was found in his wallet and all used to identify and impersonate a police officer and which were all seized as a part of this investigation and later placed into evidence bag LPH1216216959.

Det. J. Leon notified Vince Salvatore from DOJ and informed them of Wiggs possession of a State of Delaware Firearms guard ID which expired on 9-8-2018 and Salvatore informed Det. J. Leon that Wiggs ID was a fraudulent ID card and Wiggs was charged accordingly and said ID card was seized and later placed into evidence bag LPH1216216959.

The recovered handgun was handed over to S/O R. Mercado by the undersigned and S/O R. Mercado later placed said handgun into evidence box C-2019-005302 and all remaining evidence pertaining to this incident was handed over to S/O R. Mercado, by Det. J. Leon, the designated evidence officer. S/O R. Mercado placed the three (3) high capacity magazines into evidence bag C0500840729. S/O R. Mercado placed the forty-nine (49) ball rounds into evidence bag C0500840760. All evidence was placed into a secured lock box in BCI for safekeeping.

Essex County Sheriff's Patrol Officers K. Macken and Cannon transported Wiggs to the Essex County Sheriff's Office Central Processing for further processing.

A criminal history search of Wiggs' Pennsylvania Criminal History revealed that Wiggs was previously arrested for impersonating a public servant.

The Essex County Legal Advisor Joseph Giordano was notified of incident details and informed officers to charge Wiggs accordingly.

| Reporting Officer<br>S.O. CINTRON, ANGEL | Date / Time<br>12/03/2019 20:50 | Badge / ID #<br>2778 | Approving Officer<br>SGT. CALO, RICHARD | Date / Time<br>12/03/2019 23:55 | Badge / ID#<br>2908 |
|---|---|---|---|---|---|