UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

STEVEN WIGGS,
    Plaintiff,

v.    No. 5:20-cv-02267

DONALD FOLEY and DAVID SHEARN
    Defendants.

## O R D E R

**AND NOW**, this 9th day of February, 2021, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 9, Plaintiff's response thereto, ECF No. 11, Defendants' reply to that response, ECF No. 12, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion, ECF No. 9, is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED without prejudice**.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Court's Opinion, file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge