UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN WIGGS, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | No. 5:20-cv-02267 |
| | : | |
| DONALD FOLEY and DAVID SHEARN | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 27th day of July, 2021, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 16, Plaintiff's response thereto, ECF No. 17, Defendants' reply to that response, ECF No. 18, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion, ECF No. 16, is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED with prejudice**.

3. The above-captioned matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge